JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Susan Morrey,   )<br>  )<br>        Plaintiff,   )<br>  )<br>        v.   )<br>Westlake Financial,   )<br>  )<br>        Defendant(s).   )<br>  )<br>_____ ) | SACV 11-01332 JVS (RNBx)<br><br>ORDER OF DISMISSAL UPON<br>SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

  IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED:   November 3, 2011

                                    _____
                                        James V. Selna
                                   United States District Judge